# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00724-CV

### ACandS, Inc., Appellant

### v.

### Imogene Harrison, Individually and as Personal Representative of the Heirs and Estate of Harvey Harrison; Debra Grimes; and Linda McClure, Appellees

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. 97-08115, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

The parties have filed a joint motion to dismiss and a joint motion to expedite the issuance of mandate. We dismiss an earlier-filed joint motion to extend time to file the appellant=s brief, we grant the joint motion to dismiss the appeal, and we grant the joint motion to expedite the issuance of mandate.

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: April 25, 2002

Do Not Publish